

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00068-CV

## IN RE CITGO PETROLEUM CORPORATION

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus is denied. Accordingly, Relator's emergency motion for temporary relief is dismissed as moot.


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed February 27, 2013
[OT06]